# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>PHILLIPS CATTLE CO., INC., et al.,<br><br>         Defendants. | Case No.: 3:21-cv-01244-GPC-RBM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION AND JOINT MOTION TO VACATAE OR CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. 35] |

  On February 16, 2022, the undersigned issued a notice and order for early neutral evaluation conference ("ENE") to take place on March 23, 2022 at 1:30 p.m. with a case management conference ("CMC") to follow if no settlement is reached. (Doc. 33.)

  On March 3, 2022, Plaintiff Continental Casualty Co. and Defendants Genox Transportation, Inc., Cleancor LNG, LLC, and Phillips Cattle Co., Inc. (collectively, the "Parties") filed a stipulation and joint motion to vacate or continue the ENE pursuant to Civil Local Rule 16(c)(1) ("Joint Motion"). (Doc. 35.) In the Joint Motion, the Parties state that "all necessary parties to this matter have not been served and all parties have not yet made an appearance in this action; and early resolution is unlikely unless and until, this

matter is fully at issue." (*Id.* at 1–2.)  Further, the parties have met and conferred and "believe that the ENE is premature since they will not be able to have meaningful settlement negotiations without the participation of all necessary parties." (*Id.* at 3.)

A scheduling order may be modified only upon a showing of good cause and with the judge's consent.  FED. R. CIV. P. 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating, "the focus of [the good cause] inquiry is upon the moving party's reasons for seeking modification").

Here, the undersigned finds good cause to vacate the ENE, and thus the Joint Motion is **GRANTED IN PART**.  The Joint Motion is **DENIED IN PART** because the CMC will proceed as scheduled on **March 23, 2022** at **1:30 p.m.**, wherein the Court will reschedule the ENE after conferring with the Parties.

**IT IS SO ORDERED.**

DATE: March 7, 2022

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE